# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| A'RCY JAGGWE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:22-cv-697-LCB |
| POLARIS HUNTSVILLE, et al, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Plaintiff filed her Complaint (Doc. 1) on June 1, 2022, seeking recovery for from Polaris Huntsville, Ashley Potts, Juan Turntine, Hanna Lugo, and Eric Swendsen ("the named defendants") for alleged employment discrimination. After the Court denied her June 1 motion for leave to proceed *in forma pauperis*, Plaintiff paid the appropriate filing fee. (Docs. 2, 3.)

On September 28, the Court entered an Order (Doc. 4) demanding that Plaintiff show cause, in writing and in accordance with Rule 4(m) of the Federal Rules of Civil procedure, for failure to serve the named defendants with process. In that Order, the Court stated that it would "dismiss all claims against Defendants without prejudice" for failure to show cause "on or before October 12, 2022." (Doc.

4.) Plaintiff has submitted nothing to that effect; no filings have been made in this case since the Court entered its September 28 Order.

Plaintiff has neither served the named defendants with process nor complied with the Court's Order (Doc. 4) requiring demonstration of good cause for failure to serve. *See* FED. R. CIV. P. 4(m). For those reasons, the Court hereby **DISMISSES** this action in its entirety and without prejudice. The Court **DIRECTS** the Clerk of Court to terminate this action.

**DONE** and **ORDERED** October 26, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE